1 DAVID A. SHANEYFELT, State Bar No. 240777
2 PAUL M. DIPIETRO, State Bar No. 287296
THE ALVAREZ FIRM, A Law Corporation
3 24005 Ventura Boulevard
Calabasas, California 91302
4 TEL: (818) 224-7077    FAX: (818) 224-1380
5 EMAIL: dshaneyfelt@alvarezfirm.com
       pdipietro@alvarezfirm.com
6
7 Attorneys for Plaintiff Brat Motors, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BRAT MOTORS, INC., | CASE NO. 17-cv-00680-JFW(JPRx) |
| Plaintiff, | HON. JOHN F. WALTER |
| vs. | |
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, | **ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| Defendant. | |

– 1 –

**ORDER ON JOINT STIPULATION AND REQUEST
FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**

# ORDER

This Court, having considered the Joint Stipulation and Request for Dismissal of Complaint With Prejudice, filed by Plaintiff Brat Motors, Inc. ("Brat Motors") and Defendant Western Heritage Insurance Company ("Western Heritage") seeking to dismiss in their entirety and with prejudice all parties, claims, and defenses in the above-captioned action, and good cause appearing therefor, hereby orders as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), (a)(2) and (c), the complaint filed in the captioned action by Brat Motors against Western Heritage is hereby dismissed with prejudice;

2. No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party.

IT IS SO ORDERED.

DATED: September 14, 2017

_____
The Honorable John F. Walter